**No. 09-520. CSX Transportation, Inc., Petitioner v. Alabama Department of Revenue, et al.**

560 U.S. 964, 130 S. Ct. 3409, 177 L. Ed. 2d 323, 2010 U.S. LEXIS 4803.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted limited to the following question: "Whether a State's exemptions of rail carrier competitors, but not rail carriers, from generally applicable sales and use taxes on fuel subject the taxes to challenge under 49 U.S.C. § 11501(b)(4) as 'another tax that discriminates against a rail carrier.'"

Same case below, 350 Fed. Appx. 318.

**No. 09-1088. Vincent Cullen, Acting Warden, Petitioner v. Scott Lynn Pinholster.**

560 U.S. 964, 130 S. Ct. 3410, 177 L. Ed. 2d 323, 2010 U.S. LEXIS 4820.

June 14, 2010. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 590 F.3d 651.

**No. 09-1156. Matrixx Initiatives, Inc., et al., Petitioners v. James Siracusano, et al.**

560 U.S. 964, 130 S. Ct. 3411, 177 L. Ed. 2d 323, 2010 U.S. LEXIS 4872.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 585 F.3d 1167.

**No. 08-11034. Ismael Tablada, Petitioner v. J. E. Thomas, Warden.**

560 U.S. 964, 130 S. Ct. 3408, 177 L. Ed. 2d 323, 2010 U.S. LEXIS 4804.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 533 F.3d 800.

**No. 09-866. Richard Pendergrass, Petitioner v. Indiana.**

560 U.S. 965, 130 S. Ct. 3409, 177 L. Ed. 2d 323, 2010 U.S. LEXIS 4782.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Indiana denied.

Same case below, 913 N.E.2d 703.

**No. 09-992. Ibrahim Parlak, Petitioner v. Eric H. Holder, Jr., Attorney General.**

560 U.S. 965, 130 S. Ct. 3445, 177 L. Ed. 2d 323, 2010 U.S. LEXIS 4880.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 578 F.3d 457.